**No. 45678.**—Protest 997648–G of Francis Tausig (New York).

Opinion by WALKER, J. It was stipulated that the lift vans in question are similar to those the subject of Abstract 43642. The claim for free entry was therefore sustained.

**No. 45679.**—Protest 997647–G of Dr. Paul Strassberg (New York).

Opinion by WALKER, J. It was stipulated that the lift vans in question are similar to those the subject of Abstract 43642. The claim for free entry was therefore sustained.

**No. 45680.**—Protest 996123–G of Arnold N. Meyerhof (New York).

Opinion by WALKER, J. It was stipulated that the lift vans in question are similar to those the subject of Abstract 43642. The claim for free entry was therefore sustained.

**No. 45681.**—Protest 10675–K of Freedman & Slater, Inc. (New York).

Opinion by WALKER, J. It was stipulated that the lift vans in question are similar to those the subject of Abstract 43642. The claim for free entry was therefore sustained.

**No. 45682.**—Protest 2170–K of Josef Weisz (New York).

Opinion by WALKER, J. It was stipulated that the lift vans in question are similar to those the subject of Abstract 43642. The claim for free entry was therefore sustained.

**No. 45683.**—Protest 6857–K of Freedman & Slater, Inc. (New York).

Opinion by WALKER, J. It was stipulated that the lift vans in question are similar to those the subject of Abstract 43642. The claim for free entry was therefore sustained.

**No. 45684.**—Protest 2169–K of Hans Israelsky (New York).

Opinion by WALKER, J. It was stipulated that the lift vans in question are similar to those the subject of Abstract 43642. The claim for free entry was therefore sustained.